FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

_____ ENTERED
_____ LODGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND   MAY 15 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Terry L. S. Dorsey #193579

14100 McMullen Hwy S.W

Cumberland, Maryland

21502

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. GLR-13-1445
(Leave blank on initial filing to be filled in by Court.)

Western Correctional Institution
Frank Bishop Jr. warden

CoII S.A Wilson property officer HU4

13800 McMullen Hwy S.W

Cumberland, Maryland 21502
(Full name and address of the defendant(s))

## COMPLAINT

I.  **Previous lawsuits**

   A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☒

   B.  If you answered YES, describe that case(s) in the spaces below.

   1.  Parties to the other case(s):

      Plaintiff: N/A

      Defendant(s): N/A

2. Court (if a federal court name the district; if a state court name the city or county): __N/A__

3. Case No.: __N/A__

4. Date filed: __N/A__

5. Name of judge that handled the case: __N/A__

6. Disposition (won, dismissed, still pending, on appeal): __N/A__

7. Date of disposition: __N/A__

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒   NO ☐

1. If you answered YES:

   a. What was the result? __dismissed__

   b. Did you appeal?

   YES ☒   NO ☐

2. If you answered NO to either of the questions above, explain why:

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On July 7, 2011 I the plaintiff had been told by the property officer in housing unit #4 CoII S.A. Wilson that I would have to give him an address to send my property home. I asked him why do I have to send my property home when it is not contraband and I would like a hearing if the institution is forfeiting my property he told me that I am not entitled to a hearing and that my property was being confiscated per WCI ID 110-6-1 because I recieved 210 days segregation time and if I did not provide the institution with an address my property would be

See Attached

IV. Relief
(State briefly what you want the Court to do for you.)

I seek to have my property reinburst as well I request punitive damages from CoII S.A Wilson in the amount of Fifty-two Hundred dollars and the amount of two thousand Five hundred For my personal property.

SIGNED THIS 13 day of, May 20, 13.

Jerry L S Dorsey #195575
(original signature of plaintiff)

14100 McMullen Hwy SW
Cumberland, Maryland
21502
(address of plaintiff)

destroyed. I then expressed that I was not finished the appeals process and that my case was before the inmate Grievance office and this would of course entitled him to return this property which contradicts the D.O.C 220.0004 allowable property matrix (June 3, 2011) procedural Due process was violated. on october 26, 2011 the Administrative Law Judge D. Harrison Pratt, rendered a decision to reverse the hearing officer's decision and sanction for rules 104, 400, and 405, this reversal was affirmed by Secretary Gary D. Maynard on December 7, 2011 meaning that the sanction of 210 days was no longer valid so my property was illegally confiscated and forfeited. on January 3, 2012, the plaintiff wrote an ARP requesting that I be reimbursed for all property confiscated and forfeited, then appeal and ultimately to the inmate Grievance office, in my grievance I stated there was nothing in the policy of DCD that confirms anything concerning that if I prisoner recieves 180 days his property is to be sent home and it still violates procedural Due process not to be able to appeal an adjustment decision to the inmate grievance office, and on June 12, 2012 Deputy Director Robin Woolford Administratively Dismissed my grievance. Officer S.A. Wilson was informed by me that this actions violated my rights and he disregarded these rights. As well after this case was reversed I attempted to write Warden Frank Bishop Jr. to show that a mistake was made and he did not address this matter appropriately. Western correctional institution is in violation of my property rights in accordance to my united states constitutional Rights to Due process.

May 13, 2013
Date

Terry L. S. Dorsey #183579
Plaintiff
14100 McMullen Hwy S.W
Cumberland, Maryland
21502